**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 96-20951

_____

MONTAGUE J SPEARMAN,

                                    Plaintiff - Appellant,

versus

BANK UNITED OF TEXAS FSB,
RITA TIPTON and DAVID BELL,

                                    Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-802)

May 29, 1997

Before JOLLY, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    We have reviewed the briefs of the parties and the record in this case.  Finding no error, we affirm on the basis of the district court's opinion.

    AFFIRMED.

---

    [*]    Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.